IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARLENE BRAND,** | ) | Civil Action No. 03-1383 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Honorable Thomas M. Hardiman |
| **v.** | ) | |
| | ) | |
| **COUNTY OF ALLEGHENY** | ) | **Filed Electronically** |
| **(KANE REGIONAL CENTER),** | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S WITNESS LIST

AND NOW COMES THE PLAINTIFF, Darlene Brand, by and through her undersigned counsel and pursuant to Local Rule 16.1.4, to file this Pre-Trial Statement, as follows:

**Liability and/or Damage Witnesses**

**Will call:**

1. Darlene Brand, 509 McCombs Road, Venetia, PA 15367; Tel.: (724) 941-2006;

2. Gregory J. Byrne, 523 Reedsdale Drive, Clairton, PA 15025;

3. Dennis Toomey, 4773 Norma Drive, Pittsburgh, PA 15236; Tel.: (412) 884-6963;

4. Jacqueline Weisz, Kane Regional Center McKeesport, 100 Ninth Street, McKeesport, PA 15132; Tel.: (412) 675-8600;

5. Deborah Nerone, 569 Kenilworth Drive, Pittsburgh, PA 15228;

6. Wayne Grim, Kane Regional Center, Office of the Executive Director, 955 Rivermont Drive, Pittsburgh, PA 15207; Tel.: (412) 422-6050;

**May call:**

7. John Giordano, Kane Regional Center, Office of the Executive Director, 955 Rivermont Drive, Pittsburgh, PA 15207;

8. Thomas O'Shea, Kane Regional Center, Office of the Executive Director, 955 Rivermont Drive, Pittsburgh, PA 15207;

9. Kevin Mulroy, Kane Regional Center, Office of the Executive Director, 955 Rivermont Drive, Pittsburgh, PA 15207;

10. Ray Petrisko, Kane Regional Center, Office of the Executive Director, 955 Rivermont Drive, Pittsburgh, PA 15207;

11. Andrew Gifford, Kane Regional Center McKeesport, 100 Ninth Street, McKeesport, PA 15132; Tel.: (412) 675-8600;

12. Frank Parhetta, Kane Regional Center McKeesport, 100 Ninth Street, McKeesport, PA 15132; Tel.: (412) 675-8600;

13. Susan Novak, Kane Regional Center McKeesport, 100 Ninth Street, McKeesport, PA 15132; Tel.: (412) 675-8600;

14. Lorraine Gordon, Kane Regional Center McKeesport, 100 Ninth Street, McKeesport, PA 15132; Tel.: (412) 675-8600;

15. Virginia Rostek, 1704 Anna Avenue, West Mifflin, PA 15122;

16. John Colby, 3702 Greensprings Avenue, Apt. 2, West Mifflin, PA 15122;

17. Nick Hruska, 317 North Monongahela Avenue, Glassport, PA 15045;

18. Tim Barncord, 504 Monongahela Avenue, Elizabeth, PA 15037;

19. Anne Malfi, 434 Center New Texas Road, Pittsburgh, PA 15239; Tel.: (724) 224-9100;

20. Alan L. Archer, Equal Employment Opportunity Commission, 1001 Liberty Avenue, Suite 300, Pittsburgh, PA 15222; Tel.: (412) 644-2663;

21. Plaintiff reserves the right to supplement this Witness List to add additional witnesses as the case proceeds; and

22. Plaintiff reserves the right to call any witness listed in the Defendant's Witness List.

       Respectfully submitted,

       McKAY & ASSOCIATES, P.C.

s/Joan Shinavski
  Joan Shinavski, Esquire
  PA90978

  801 McNeilly Road
  Pittsburgh, PA 15226
  Tel:   (412) 344-6113
  Fax:  (412) 344-6114
  Email: joan@mckaylaw.com

  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARLENE BRAND,** | ) | Civil Action No. 03-1383 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Honorable Thomas M. Hardiman |
| **v.** | ) | |
| | ) | |
| **COUNTY OF ALLEGHENY** | ) | **Filed Electronically** |
| **(KANE REGIONAL CENTER),** | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document and Notice of Electronic Filing to the following non CM/ECF participants:

> Caroline Liebenguth, Esquire
> Assistant County Solicitor
> Allegheny County Law Department
> 300 Fort Pitt Commons Building
> 445 Fort Pitt Boulevard
> Pittsburgh, PA 15219

> s/Joan Shinavski
>   Joan Shinavski, Esquire
>   PA90978
>   McKAY & ASSOCIATES, P.C.
>   801 McNeilly Road
>   Pittsburgh, PA 15226
>   Tel:    (412) 344-6113
>   Fax:   (412) 344-6114
>   Email: joan@mckaylaw.com