IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| DARLENE BRAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-1383 |
| | ) | |
| ALLEGHENY COUNTY and | ) | |
| KANE REGIONAL CENTER | ) | |
| (McKEESPORT), | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S WITNESS LIST**

AND NOW comes Defendant, Allegheny County, by and through its Solicitors, Michael H. Wojcik, County Solicitor, and Caroline Liebenguth, Assistant County Solicitor, and submits the following witness list:

**Will Call**

1. Dennis R. Biondo, Executive Director
   John J. Kane Regional Centers
   955 Rivermont Drive
   Pittsburgh, Pennsylvania 15207

2. Debi Nerone
   Department of Human Resources
   102 County Office Building
   Pittsburgh, Pennsylvania 15219

3. Wayne Grimm
   John J. Kane Regional Centers
   955 Rivermont Drive
   Pittsburgh, Pennsylvania 15207

4.       Gregory Byrne
          John J. Kane Regional Centers
          955 Rivermont Drive
          Pittsburgh, Pennsylvania 15207

**May Call**

5.       Kevin D. Mulroy, Deputy Director
          John J. Kane Regional Centers
          955 Rivermont Drive
          Pittsburgh, Pennsylvania 15207

6.       Ray Petrisko, Labor Relations
          John J. Kane Regional Centers
          955 Rivermont Drive
          Pittsburgh, Pennsylvania 15207

7.       Renie Broderick, Director
          Department of Human Resources
          102 County Office Building
          Pittsburgh, Pennsylvania 15219

8.       Marc Machi
          Laborers District Council
          1101 Fifth Avenue
          Pittsburgh, Pennsylvania 15219

9.       Domenic Bellisario, Esquire
          Law and Finance Building
          Suite 1000
          Pittsburgh, Pennsylvania 15219

10.     James Klingensmith
          Allegheny County Labor Council
          501 Arrott Building
          401 Wood Street
          Pittsburgh, Pennsylvania 15222

11.     Tim Barncord
          John J. Kane Regional Centers
          955 Rivermont Drive
          Pittsburgh, Pennsylvania 15207

12.     Anne Malfi

13. Nick Hruska
    John J. Kane Regional Centers
    955 Rivermont Drive
    Pittsburgh, Pennsylvania 15207

14. Frank Parhetta
    John J. Kane Regional Centers
    955 Rivermont Drive
    Pittsburgh, Pennsylvania 15207

15. Jackie Weiz
    John J. Kane Regional Centers
    955 Rivermont Drive
    Pittsburgh, Pennsylvania 15207

16. Andrew Geffert
    John J. Kane Regional Centers
    955 Rivermont Drive
    Pittsburgh, Pennsylvania 15207

17. Nadine Antonelli
    John J. Kane Regional Centers
    955 Rivermont Drive
    Pittsburgh, Pennsylvania 15207

Respectfully submitted,

s/ Michael H. Wojcik
Michael H. Wojcik
County Solicitor
Pa. I.D. #56864

s/ Caroline Liebenguth
Caroline Liebenguth
Assistant County Solicitor
Pa. I.D. #37572

Allegheny County Law Department
Firm #057
300 Fort Pitt Commons Building
445 Fort Pitt Boulevard
Pittsburgh, Pennsylvania 15219
(412) 350-1120/1173
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, CAROLINE LIEBENGUTH, do hereby certify that a true and correct copy of **DEFENDANT'S WITNESS LIST** was served via U. S. first-class mail, postage prepaid, upon the following:

>Joan Shinavski, Esquire
>McKay & Associates, P.C.
>801 McNeilly Road
>Pittsburgh, Pennsylvania 15226

>s/ Caroline Liebenguth
>Caroline Liebenguth
>Assistant County Solicitor

Date:  June 18, 2005