# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARLENE BRAND,** | ) | CIVIL DIVISION |
| | ) | |
| | ) | Case No. 03-1383 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **COUNTY OF ALLEGHENY** | ) | |
| **(KANE REGIONAL CENTER),** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On this the _____ day of _____, 2005, it is HEREBY ORDERED that Defendant County of Allegheny will be prohibited admitting at trial the testimony of Domemic Bellisario, either as an expert witness or a fact witness; Renie Broderick; Mark Machi; and James Klingensmith as witnesses, because of Defendant's untimely disclosure of said witnesses.

Alternatively, it is HEREBY ORDERED that trial in this matter is delayed for a period of time not less than sixty (60) days, in order to avail Plaintiff her rights to discovery of this matter and that the Defendant must pay the Plaintiff's attorney's fees and costs associated with bringing this Motion in Limine and for the costs and fees related to discovery on this issue.

J._____
U.S. DISTRICT COURT